| | |
|---|---|
| 1 | RICHARD M. ROGERS, #045843<br>MAYO & ROGERS |
| 2 | 114 Sansome Street, #1310<br>San Francisco, CA 94104 |
| 3 | Telephone:   415/397-1515<br>Facsimile:    415/397-1540 |
| 4 | Email:          RogersRMR@aol.com |
| 5 | Attorneys for Plaintiff<br>MARGARET K. BURNS |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| MARGARET K. BURNS,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, ALLEN A. LEE, and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | **USDC NO. C05-02829 SBA [ECF]**<br><br>Case filed:             06/03/05<br>Remanded to USDC:  07/12/15<br>Reassigned:           08/26/05<br>Trial date:             TBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT**<br><br>Date:      12/13/05<br>Time:      1:00 P.M.<br>Location:  Courtroom 3 |

BURNS/<br>BURNS-PM2REMAND-PODA.wpd

USDC No. C05-02829 SBA [ECF] – Order Granting Plaintiff's Motion to Dismiss Federal Claims and Remand Action to State Court

1  Plaintiff's motion to dismiss her federal claim and for remand of this case to state court having been
2  duly heard and the premises considered, the Court finds that it does have discretion to remand where
3  the federal claims have dropped out early in the proceedings, as here. *Carnegie-Mellon Univ. v.*
4  *Cahill*, 484 U.S. 343, 349 108 S.Ct. 614 (1988).  Since the Court finds that Plaintiff has not engaged
5  in bad faith tactics, remand is appropriate. *Baddie v. Berkeley Farms, Inc.,* 64 F.3d 487, 490-491
6  (9th Cir. 1995).   Therefore, Plaintiff's motion is GRANTED.
7           IT IS HEREBY ORDERED that Plaintiff's federal claims are dismissed with prejudice and
8  this case shall be remanded to state court forthwith.

10  Dated: 10/18/05                    By: _____
                                           JUDGE OF THE U.S. DISTRICT COURT

USDC No. C05-02829 SBA [ECF] – Order Granting Plaintiff's Motion to Dismiss Federal Claims and Remand Action to State Court

1